# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                           CASE 3:20-cv-05503-RV-HTC

ESCAMBIA COUNTY

**REFERRAL AND ORDER**

Referred to Judge Vinson on   02/10/2021

Type of Motion/Pleading <u>United States of America's Notice of Election to Decline Intervention</u>

Filed by: <u>Plaintiff</u>     on <u>02/09/2021</u>   Doc. No. <u>6</u>

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                      on _____ Doc. No. _____

                                      on _____ Doc. No. _____

                                      JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT

                                      /s/ *Barbara Rogers*
                                      Deputy Clerk: Barbara Rogers

**ORDER**

Upon consideration of the foregoing, it is ORDERED this <u>11th</u> day of <u>February</u>, 2021, that:

    (a) The requested relief is GRANTED. The United States has asked (1) that it be given notice and opportunity to consent before this cause is dismissed, and (2) that all pleadings, orders, and notices of appeal filed in the case be served upon the United States. It shall have the retained right to do so.

    (b)   The seal in this case is hereby LIFTED.

                                      /s/ Roger Vinson
                                      ROGER VINSON
                                      SENIOR UNITED STATES DISTRICT JUDGE