IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

STATE OF FLORIDA,

vs.

Case No.: **2020 CF 001785 A**
DIV: **A**

<u>STEPHEN PERRY WHITE JR,</u>
       DEFENDANT

## ORDER OF JUDGMENT AND SENTENCE

This cause, coming on this day to be heard before the Court, and the Defendant being now present with Counsel, having entered a Plea(s) as follows:

Guilty as to Count(s): _____
Not Guilty as to Count(s): _____
No Contest as to Count(s): **16, 17**

**The State Attorney announced Nolle Prosequi as to Count(s):  1-15**

☐ **A Jury of your peers having found you:** _____.

**The Court hereby:**
    Adjudicates Defendant Guilty as to Count(s): _____
    Withholds Adjudication as to Count(s): **16, 17**
    Finds Defendant Not Guilty as to Count(s): _____

| Count | Statute | Statute Description | Level | Degree |
|---|---|---|---|---|
| 16 | 401.41(1d) | FALSE CLAIM EMT PARAMED AMBU DR ETC CERTIF LIC | M | F |
| 17 | 401.41(1d) | FALSE CLAIM EMT PARAMED AMBU DR ETC CERTIF LIC | M | F |

1

**Under Authority granted to the Court by Florida law, it is ORDERED and ADJUDGED that:**

**The following Provisions apply as to Count(s): _____**
- ☐ Habitual Felony Offender (F.S. 775.084(4)(a))
- ☐ Habitual Violent Felony Offender:
  _____ Mandatory minimum imprisonment (F.S. 775.084(4)(b))
- ☐ Three-time Habitual Violent Felony Offender:
  _____ Mandatory minimum imprisonment (F.S. 775.084(4)(c))
- ☐ Violent Career Criminal:
  _____ Mandatory minimum imprisonment (F.S. 775.084(4)(d))
- ☐ Dangerous Sexual Felony Offender
  _____ Mandatory minimum imprisonment (F.S.794.0115(2))
- ☐ Prison Release Reoffender (F.S. 775.082(9))
- ☐ Firearm:
  - ☐ **3** Year Minimum (F.S. 775.087(2))
  - ☐ Possession: **10** Year Minimum (F.S. 775.087(2)(a)1)
  - ☐ Discharge: **20** Year Minimum (F.S. 775.087(2)(a)2)
  - ☐ Death or Great Bodily Harm: **25** Year Minimum (F.S. 775.087(2)(a)3)
- ☐ Drug Trafficking:
  _____ Mandatory minimum imprisonment (F.S. 893.13(1)(c)1)
- ☐ Controlled Substance within 1,000 Feet of a School: **3** Year Minimum (F.S. 893.13(1)(c)1)
- ☐ Assault or Battery on Person 65 years of age or older: **3** Year Minimum (F.S. 748.08(1))
- ☐ DUI / Manslaughter: **3** Year Minimum (F.S. 319.193(3))
- ☐ Sexual Predator (F.S. 775.21)
- ☐ Must register as a Sexual Offender (F.S. 943.0435)
- ☐ Criminal Gang Activity
- ☐ Youthful Offender Program (F.S. Ch. 958)
- ☐ Downward Departure
- ☐ _____

**As to COUNT(S) 16, the Defendant is sentenced as follows:**

**PRISON / JAIL:**
- ☐ Time Served
- ☐ **Serve** _____ Years, _____ Months, _____ Days in **County Jail**
- ☐ Credit for time served: _____
- ☐ Time to be **Concurrent with** **Count** _____
- ☐ _____ days Suspended
- ☐ Work Release **Authorized**
- ☐ Report to Court on _____, at _____ to begin your sentence
- ☐ Remanded to Custody
- ☐ To be followed by **Community Control**

**COMMUNITY CONTROL / PROBATION:**
- ☐ Serve _____ Year(s), _____ Month(s) Community Control to be followed by Probation
- ☒ Serve **12** Month(s) Probation
- ☐ Time to be **Concurrent with** **Count** _____
- ☐ Under same terms and conditions as in **Count** _____
- ☒ Pay $**52** monthly for Cost of Supervision to Community Corrections
  - ☐ COS Waived
- ☒ Standard conditions of supervision imposed
- ☐ Probation to Automatically terminate upon completion of County Jail sentence
- ☐ **Possible early** termination after _____ months, if all conditions satisfied & if no violations
- ☐ Report to Probation

**COMMUNITY SERVICE:**
- ☒ You shall complete **50** hours of Community Service Work
- ☒ Complete a minimum of **2** hours of Community Service Work per month
- ☐ Complete in minimum equal monthly installments
- ☐ Complete all hours **over** _____ of Supervision
- ☒ Begin Community Service Work within **1ST 30 days** of Supervision
- ☐ You may buy out Community Service Work hours at the rate of _____
- ☐ You qualify to perform Community Service Work hours in lieu of paying court ordered court costs and fines at the rate of $_____ per hour
- ☐

**FINES:**
- ☒ $**1,000** Fine

**As to COUNT(S) 17, the Defendant is sentenced as follows:**

**PRISON / JAIL:**
- ☐ Time Served
- ☐ **Serve** _____ Years, _____ Months, _____ Days in **County Jail**
- ☐ Credit for time served: _____
- ☐ Time to be **Concurrent with** Count _____
- ☐ _____ days Suspended
- ☐ Work Release **Authorized**
- ☐ Report to Court on _____, at _____ to begin your sentence
- ☐ Remanded to Custody
- ☐ To be followed by **Community Control**

**COMMUNITY CONTROL / PROBATION:**
- ☐ Serve _____ Year(s), _____ Month(s) Community Control to be followed by Probation
- ☒ Serve **12** Month(s) Probation
- ☒ Time to be **Consecutive to** Count **16**
- ☐ Under same terms and conditions as in **Count** _____
- ☐ Pay $_____ monthly for Cost of Supervision to Community Corrections
  - ☐ COS Waived
- ☒ Standard conditions of supervision imposed
- ☐ Probation to Automatically terminate upon completion of County Jail sentence
- ☐ **Possible early** termination after _____ months, if all conditions satisfied & if no violations
- ☐ Report to Probation

**COMMUNITY SERVICE:**
- ☐ You shall complete _____ hours of Community Service Work
- ☐ Complete a minimum of _____ hours of Community Service Work per month
- ☐ Complete in minimum equal monthly installments
- ☐ Complete all hours **over** _____ of Supervision
- ☐ Begin Community Service Work within _____ of Supervision
- ☐ You may buy out Community Service Work hours at the rate of _____
- ☐ You qualify to perform Community Service Work hours in lieu of paying court ordered court costs and fines at the rate of $_____ per hour
- ☐

**FINES:**
- ☒ $**1,000** Fine

4

**The Defendant shall pay the following Court Costs:**

- ☐ **$518** Mandatory Felony Court Costs
  (F.S. 938.01, 938.03, 938.05, 938.06, 938.15, 938.19, 938.27, 939.185, 775.083(2), Escambia County Ord 34-7 and 34-9)
- ☒ **$273** Mandatory Misdemeanor Court Costs
  (F.S. 938.01, 938.03, 938.05, 938.06, 938.15, 938.19, 938.27, 939.185, 775.083(2), Escambia County Ord 34-7 and 34-9)
- ☐ **$686** Felony DUI Court Costs
  (F.S. 938.01, 938.03, 938.05, 938.06, 938.07, 938.13, 938.15, 938.19, 938.27, 939.185, 775.083(2), 318.18(17), 318.18(18), Escambia County Ord 34-7 and 34-9)
- ☐ **$653** Felony BUI Court Costs
  (F.S. 938.01, 938.03, 938.05, 938.06, 938.07, 938.13, 938.15, 938.19, 938.27, 939.185, 775.083(2), Escambia County Ord 34-7 and 34-9)
- ☐ **$456** Misdemeanor DUI Court Costs
  (F.S. 938.01, 938.03, 938.05, 938.06, 938.07, 938.13, 938.15, 938.19, 938.27, 939.185, 775.083(2), 318.18(17), 318.18(18), Escambia County Ord 34-7 and 34-9)
- ☐ **$201** Domestic Violence Trust Fund (F.S. 938.08)
- ☐ **$151** Rape Crisis Trust Fund (F.S. 938.085)
- ☐ **$151** Crimes against Minors (F.S. 938.10)
- ☐ **$15** Misdemeanor Crimes Involving Drugs/Alcohol (F.S. 938.13)
- ☐ **$5,000** Prostitution (F.S. 796.07(6))
- ☐ **$65** Reckless Driving / Racing on Highway (F.S. 318.18(20))
- ☐ $_____ County Drug Abuse Trust Fund (F.S. 938.21)
- ☐ $_____ Additional Costs of Prosecution (F.S. 938.27)
- ☐ **$50** Public Defender Application (F.S. 27.52)
- ☐ **$**_____ for legal assistance (F.S. 938.29)
- ☐ **$100** FDLE (F.S. 938.055)
- ☐ **$30** State Facility Surcharge (F.S. 318.18)
- ☐ **$5** EMS Trust Fund (F.S. 316.192/316.061)
- ☐ **$3** State Radio (F.S. 318.18(17))
- ☒ $**100** Surcharge on all fines (F.S. 938.04)
- ☐ $_____ Cost of Investigation to _____ (F.S. 938.27)
- ☐ $_____

**Court Costs and Fines shall be paid as follows:**

- ☐ Pay costs or enter into a Payment Plan with the Clerk of Court within _____ days
  - ☐ of Sentencing    ☐ of Release from Custody    ☐ or Reduce to Lien
- ☐ You must pay all Court Costs and Fines or enter into a Payment Plan with the Clerk of Court by _____ or **reduce to lien**.
- ☒ Pay **costs** in minimum equal monthly installments to begin **within 1ˢᵗ 30 days of Supervision**
- ☐

5

**The Defendant shall comply with the following Special Conditions:**
- [ ] Restitution: _____
- [ ] Restitution: State Attorney has _____ days to file and defense has _____ days to object
  - [ ] If defense fails to object, the amount stands
    - [ ] The Court reserves jurisdiction
  - [ ] Restitution **may** be paid into the court clerk's registry
  - [ ] Restitution to be paid joint and severally with co-defendants
- [ ] Evaluation: Must obtain a/an **Alcohol** evaluation
- [ ] Counseling/Treatment:  Attend and Complete **Alcohol Counseling**
- [ ] Must successfully complete recommended **Counseling**
- [ ] Complete Shoplifter's Alternative class
- [ ] DVIP/BIP: Complete a **Domestic Violence**  Intervention Program
- [ ] May not **consume** alcohol or drugs or any controlled substances without a **prescription**
- [ ] Provide Probation Officer with prescriptions within _____ days and within _____ days of any new prescription thereafter
- [ ] Take **prescriptions**  in prescribed dosages
- [ ] Alcohol/Drug Testing:  **Random urinalysis** at **defendant's**  expense
- [ ] Do not test positive for **alcohol**
- [x] No Contact: Have no **contact** with <u>**Public Safety Dept. excluding the request or receipt of Emergency Services**</u>
- [ ] Stay away from _____
- [ ] **Seek full time** employment or
- [ ] Perform _____ job searches **per** week
  - [ ] if working less than _____ hours **per**  week;
  - [ ] begin within _____ **days** of starting Supervision;
  - [ ] must continue until hired
- [ ] Your Driver's License is **revoked**  for _____
- [ ] DUI School:  Must complete **1st Offender**  DUI School
- [ ] Interlock _____ month(s)
- [ ] Impact Panel: Must attend _____ **Drunk Driving** Impact Panel(s)
- [ ] Your vehicle will be impounded for _____ days
- [ ] You may not operate a motor vehicle
- [ ] Driver's License: **Obtain a valid driver's license**
  - [ ] show proof to Probation Officer
  - [ ] Clear Driver's License to extent possible
- [x] Pay all Court Costs and Fines during Probation
- [ ] Attend _____ **AA**  meetings per week.  Obtain written verification of attendance and provide proof of attendance to Probation Officer

☒ Other Provisions: **<u>Testify truthfully regarding the involvement of himself and others in the instant case.  May travel for work and for family purposes.</u>**

☐ It is determined that you are unable to pay the amounts due and your monetary obligations, consisting of Court Costs and Fees, are reduced to a Civil Judgment, which shall bear interest at the maximum rate allowed by law. (F.S. 55.03)
    ☐ Any remaining balance due on your civil judgment after **90** days from the date of this order will be referred to a collections agency.
    ☐ Your driver's license will be suspended.

If you fail to complete the terms of this order, including payment of all costs, fees and fines, as required, you may be subject to Contempt of Court proceedings.

If a bail bond is currently in effect as to this case and has not been forfeited, that bond is hereby cancelled and the surety is discharged from liability on that bond.  A cash bond may be applied towards outstanding financial obligations as allowed per F.S. 903.286.

Any active warrants, capias or summons in this case against this Defendant are hereby quashed.

The Defendant has **30** days from the date of this Order and Judgment in which to file an appeal of the findings and sentence in this matter by filing a Notice of Appeal with the Clerk of Court.

DONE AND ORDERED in open court in Escambia County, Florida, on **06/09/2021**.

_____
Circuit Court Judge

    I hereby certify that a true and correct copy of this document was sent via electronic mail to the State Attorney and Defense Counsel of Record or Defendant by US Mail if there is no Defense Counsel of Record.

**PAM CHILDERS**, CLERK OF THE CIRCUIT COURT

By: _____
                 Deputy Clerk