IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**United States of America**
*ex rel.* **Rayme M. Edler, M.D.**
    **Plaintiffs,**
v.                                                            Case 3:20-cv-05503-RV-HTC

**Escambia County**
    **Defendant**.

_____/

**CONSENT MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER**

Documents relevant to this case include protected health information covered by the Privacy Regulations issued under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

To facilitate discovery, and in accordance with 45 C.F.R. § 164.512(e)(v), Relator Dr. Edler, with the consent of Defendant Escambia County, requests that the Court enter the attached proposed HIPAA Qualified Protective Order.

1

Respectfully submitted,

/s/ *Jonathan Kroner*
FBN 328677
Jonathan Kroner Law Office
6001 N Ocean Dr., Ste. 806
Hollywood, FL 33019-4617
305.310.6046
jk@FloridaFalseClaim.com

Law Offices of Darth M. Newman LLC
Darth M. Newman
1140 Thorn Run Rd., #601
Coraopolis, PA 15108
412.436.3443
darth@dnewmanlaw.com
(admitted *pro hac vice*)

Attorneys for Qui Tam Plaintiff

## LR 7.1 (F) Certificate of Word Count

I certify the LR 7.1 (F) word count of 59 words, and I relied on MS Word's count for this certification.

/s/ *Jonathan Kroner*

## Certificate of Service

I certify I electronically filed the foregoing document with the Clerk of Court using CM/ECF on the date stamped above to be served on all counsel of record.

/s/ *Jonathan Kroner*