IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**United States of America**
*ex rel.* **Rayme M. Edler, M.D.**
    **Plaintiffs,**
v.                                                    **Case 3:20-cv-05503-RV-HTC**

**Escambia County**
    **Defendant**.

_____/

# HIPAA QUALIFIED PROTECTIVE ORDER

**This cause**, having come before the Court upon Plaintiff Relator Dr. Edler's Consent Motion for HIPAA Qualified Protective Order, and the Court having reviewed the Motion, and being otherwise duly advised, it is hereby

**Ordered and adjudged** that Plaintiff Relator's Motion is **granted.** Pursuant to 45 C.F.R. § 164.512(e) of the Privacy Regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), this Court authorizes any party or non-party who is provided with a discovery request or subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in accordance with this Order. This Order is intended to authorize such disclosures.

For good cause shown under Fed. R. Civ. P. 26(c) and 45 C.F.R. § 164.512, the Court hereby enters the following § 164.512(e)(1)(v) Qualified Protective Order, and all parties and attorneys are hereby:

A. Prohibited from using or disclosing protected health information for any purpose other than the instant litigation. Protected health information may be disclosed without further notice by any covered entity or healthcare provider, party, or parties' attorney, to the parties themselves, parties' attorneys, experts, consultants, any witness or other person retained or called by the parties, or other entities from whom damages, compensation, or indemnity is sought, court reporters, copy services, other similar vendors to the parties and their attorneys, as well as the professional and support staff of all of the above.

B. Required, upon conclusion of this action, to either (a) destroy, or (b) return to the entity who originally produced it, all protected health information, including all copies made, provided, however, that said protected health information may be retained in the files of the entities listed in paragraph (A) above and destroyed pursuant to regular file retention policies so long as the protected health information is maintained in a secure environment.

Nothing in this Court Order shall be deemed to relieve any party, non-party, or attorney of the requirements of the Federal Rules of Civil Procedure, including

but not limited to, the Rules relating to requests for production of documents, depositions, non-party subpoenas, and trial subpoenas.

DONE AND ORDERED in Chambers, in Northern District of Florida, Pensacola Division, Florida on this __6th__ day of __Aug__, 2021.

_____
THE JUDGE ROGER VINSON