**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA
*ex rel*. RAYME M. EDLER M.D.,

    Plaintiffs,

v.   Case No: 3:20cv5503-RV/HTC

ESCAMBIA COUNTY,

    Defendant.
_____/

**<u>ORDER</u>**

    The plaintiff/relator, Dr. Rayme M. Edler, brought this Qui Tam action against the defendant, Escambia County, alleging violations of the federal False Claim Act (FCA). According to the allegations in the complaint—which at this stage of the case I must accept as true—the plaintiff was employed as Medical Director for Escambia County, and she was subjected to "retaliation, intimidation, and harassment" after she complained to Florida's Department of Health that Escambia County was knowingly filing claims for reimbursement under Medicare and other governmental programs for medical services performed by unlicensed and unqualified personnel.[1]

    The defendant has filed a motion to dismiss the complaint (doc. 20). It argues that the complaint is an improper "shotgun pleading;" certain of the claims should be dismissed for lack of subject matter jurisdiction; the claims fail to satisfy the requisite particularity standard of Rule 9(b); and the plaintiff has failed to properly state a claim

---

[1] The complaint alleges (and it has been reported in the media) that the plaintiff's complaints directly led to the arrest of several individuals, at least one of whom has already pleaded no contest.

for retaliation. For all the reasons stated in plaintiff's comprehensive and compelling response in opposition (doc. 22), the defendant's arguments are unpersuasive and will be rejected. The plaintiff has, in short, plausibly stated a claim for relief.

Accordingly, the defendant's motion to dismiss (doc. 20) is DENIED.

DONE and ORDERED this 12th day of August, 2021

/s/ Roger Vinson
ROGER VINSON
Senior United States District Judge