# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
*ex rel.* RAYME M. EDLER, M.D.,

             VS               CASE NO. 3:20-cv-5503-RV-HTC

ESCAMBIA COUNTY,

## REFERRAL AND ORDER

Referred to Judge Vinson on  8/26/2021
Type of Motion/Pleading  Defendant's Third Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint
Filed by:  Defendant  on  8/26/2021  Doc. No.  27
__X__ Stipulated/Consented/Joint Pleading/Unopposed
Response: _____ on _____ Doc. No. _____

                                           JESSICA J. LYUBLANOVITS
                                           CLERK OF COURT
                                           /s/  *Jeremy Wright*
                                           Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 26th day of August, 2021, that:

(a)  The requested relief is GRANTED, through September 13, 2021.

(b)  _____

                                       /s/  Roger Vinson
                                       ROGER VINSON
                                       SENIOR UNITED STATES DISTRICT JUDGE