IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

United States of America
*ex rel.* Rayme M. Edler, M.D.

Plaintiffs,
v.	Case **3:20-cv-05503-RV-HTC**

Escambia County

Defendant.
_____/

## SEALED ORDER GRANTING MOTION
## TO FILE SECOND AMENDED COMPLAINT UNDER SEAL

THIS MATTER came before the Court upon Plaintiff Relator Edler's *ex parte* motion, and the Court, being otherwise fully advised in the premises, grants Plaintiff Relator Leave to amend and to file her Second Amended Complaint.

ORDERED, the Clerk of the Court shall file under seal the Second Amended Complaint and its exhibits, which were filed as an exhibit to Relator's motion.

DONE AND ORDERED, in chambers, in Northern District of Florida, Pensacola Division, Florida on this ___ day of _____, 2022.

_____
THE JUDGE ROGER VINSON

cc
Jonathan Kroner, for Relator
Darth Newman, for Relator
Mary Ann Couch, Asst. U.S. Atty, for the United States