**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
EX REL. RAYME M. EDLER, M.D.,

Plaintiffs

v. Case No: 3:20cv5503-RV/HTC
*** UNDER SEAL ***

ESCAMBIA COUNTY,

Defendant.
______________________________/

## ORDER

The plaintiff relator, Dr. Rayme M. Edler, filed this False Claims Act action against Escambia County, Florida, alleging that the defendant provided ambulance services that were not staffed by certified personnel as required by Medicare. The plaintiff has now filed a motion for leave to file a second amended complaint that adds new claims (doc. 58).[1] The plaintiff has filed her motion under seal and *ex parte* and has requested that the amended complaint remain sealed for 60 days pursuant to both the United States' request[2] and Title 31, United States Code, Section 3730(b).[3]

---

[1] The essence of the amendments is the claim that the defendant has been submitting claims for its nonemergency services at a higher paid and more lucrative emergency rate, and claiming advanced life support services when it provided only basic life support (doc. 58 at 3). The proposed second amended complaint alleges "tens of thousands of such up-coded claims." *Id.*

[2] *See id.* at 3-4 (quoting February 8, 2021 letter from then-U.S. Attorney Lawrence Keefe).

[3] Section 3730(b)(2) of the False Claims Act imposes filing and service requirements on relators. Specifically, it requires that they serve the government with a copy of the (amended) complaint and all material evidence and information but that they *not* serve the defendant for at least 60 days. *Id.* ("The complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders. The Government may elect to intervene and proceed with the action within 60 days after it receives both the complaint and the material evidence and information.").

In light of the foregoing, the plaintiff's sealed *ex parte* motion to file a second amended complaint (doc. 58) is GRANTED. The second amended complaint (and all material evidence and information) shall be served on the government pursuant to Section 3730(b)(2) and remain sealed for a period of 60 days from the date of this order.

DONE and ORDERED this 7th day of October 2022

/s/ Roger Vinson /
ROGER VINSON
Senior United States District Judge