IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
ex rel. RAYME M. EDLER, M.D.,

Plaintiff,

vs.

ESCAMBIA COUNTY,

Defendants.

Civil No. 3:20-cv-05503-MCR-HTC

(FILED UNDER SEAL)

## UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action relating to the claims in the Second Amended Complaint [ECF No. 58-1].

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States

before ruling or granting its approval. Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Second Amended Complaint and this Notice be unsealed.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Marie A. Moyle*
**MARIE A. MOYLE, ESQ.**
Assistant United States Attorney
Florida Bar No. 1003498
Email: marie.moyle@usdoj.gov
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
Telephone: 850-942-8430
Fax: 850-942-8466
Counsel for the United States of America

2

## **LOCAL RULE 7.1(F)**

I HEREBY CERTIFY that this memorandum contains 250 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

                                        */s/ Marie A. Moyle*
                                        Marie A. Moyle
                                        Assistant U.S. Attorney