**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
EX REL. RAYME M. EDLER, M.D.,

Plaintiffs

v. Case No: 3:20cv5503-RV/HTC

ESCAMBIA COUNTY,

Defendant.
______________________________/

# ORDER

On September 26, 2022, the plaintiff filed a sealed *ex parte* motion for leave to file a second amended complaint (doc. 58) along with a copy of the proposed complaint (doc. 59). By sealed order dated October 7, 2022, I granted the plaintiff's motion (doc. 62). After the United States filed a sealed notice of election to decline intervention, I lifted the seal on both the second amended complaint itself and the United States' notice of declination. However, the motion for leave to file (doc. 58) and my order granting same (doc. 62) remained sealed. The clerk is hereby directed to lift the seal on those two documents as well.

DONE and ORDERED this 25th day of January 2023

/s/ Roger Vinson /
ROGER VINSON
Senior United States District Judge