IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**United States of America**
*ex rel.* **Rayme M. Edler, M.D.**

**Plaintiffs,**
v.                                                                              Case 3:20-cv-05503-RV-HTC

**Escambia County**

**Defendant**.
_____/

**Joint Status Report**

The Scheduling Order entered October 27, 2022 directed the parties to file a joint status report by the end of every month, beginning January 31, 2023, which sets out whether the Order's schedule is being met "and any new developments that need to be addressed or the times set out herein revisited." Doc. 68 at 1-2.

**I.   Joint Report**

**A. Discovery**

The parties agree that discovery is extensive including anticipated discovery relating to new allegations in Edler's Second Amended Complaint ("SAC"). Dr. Edler promulgated a Fifth Request for the Production of Documents largely related to the new allegations in the SAC on December 22, 2022, the same day the Court Ordered that the SAC be unsealed. Escambia has requested an additional 39 days to

respond with objections or responses to the Fifth Request for Production of Documents and counsel are scheduled to discuss the Fifth Request on February 8, 2023.

Dr. Edler's counsel sent a letter to Escambia's Counsel on November 30, 2022, detailing a number of deficiencies with respect to Escambia's responses to and production of documents related to Dr. Edler's First, Second, Third, and Fourth Requests for the Production of Documents (all such requests then promulgated).[1] Counsel began to discuss the deficiencies on December 28, 2022 and had another call to discuss the remaining deficiencies on January 23, 2023. A number of issues remain open and counsel continue to work through them.

The parties continue to discuss the nature of a stipulation which might obviate the production of at least a portion of the documents the Court ordered Escambia to produce on September 30, 2022.

The most recent version of the proposed stipulation was sent to Escambia's counsel by Plaintiff's counsel on December 12, 2022. Counsel held a call to discuss the stipulation on January 18, 2023, and are scheduled to discuss it again on February 1, 2023. No stipulation has yet been presented to Escambia's Board of Commissioners.

---

[1] Defendant's counsel received the letter on December 7, 2022 due to the email ending up in the spam folder and not the inbox folder.

B. **Joint Report on New Developments**

On December 22, 2022, the Court unsealed Dr. Edler's Second Amended Complaint. The SAC alleges Escambia upcoded many tens of thousands of claims. Doc. 59 at 31, 33, 53-55.

Discovery and evidence relevant to these new allegations is at least in part distinct from discovery related to the allegations in the Original and First Amended Complaints.

On December 22, 2022, the same day the Court unsealed the SAC, Dr. Edler promulgated her Fifth Request for Production of Documents largely focused on the new allegations in the SAC on December 29, 2022, Escambia requested a thirty-day extension of time to respond to the Second Amended Complaint. A few weeks later Escambia told Dr. Edler it would not be able to respond to the Second Amended Complaint, containing 225 paragraphs, until February 10, 2023. Dr. Edler agreed to not oppose Escambia's anticipated motion.

On January 18, 2023, Escambia requested, and Dr. Edler agreed to, an extension of 39 days to respond to Dr. Edler's Fifth Request for Production of Documents. Counsel plan to meet and confer regarding the Fifth Request for Production in advance of Escambia submitting a formal response with the joint goal of eliminating unnecessary objections and modifying the requests where appropriate and possible.

The Parties have engaged in numerous discovery conferral conferences, including zoom conferences to try to resolve outstanding discovery issues in this case. Since this Court's entry of the Amended scheduling Order on October 27, 2022 Doc. 67, the Parties have engaged in at least five (5) conference calls regarding discovery.

Although Dr. Edler promulgated discovery immediately upon the unsealing of the SAC, the Parties believe they will more than likely need additional time to conduct discovery given the complex allegations in the Second Amended Complaint.

The Parties continue to meet and confer to work through the many outstanding discovery requests. Should the Parties believe that additional time is needed, or the outstanding discovery issues cannot be resolved, the Parties will file motions to compel and/or notify the Court in its February 2023 Joint Status Report.

## II.   Conclusion

The parties anticipate requesting additional extensions of the case schedule given the need to conduct discovery related to the new allegations raised in the Second Amended Complaint and the fact that the parties continue to discuss compliance with all of Dr. Edler's outstanding requests for production of documents, resolving the County's objections to certain requests for production, and compliance with the Court's existing discovery Order.

| | |
|---|---|
| /s/ Jonathan Kroner<br>FBN 328677<br>Jonathan Kroner Law Office<br>6001 N Ocean Dr. Ste 806<br>Hollywood, FL 33019-4617<br>305.310.6046<br>jk@FloridaFalseClaim.com<br><br>Law Offices of Darth M. Newman LLC<br>Darth M. Newman<br>1140 Thorn Run Rd., #601<br>Coraopolis, PA 15108<br>412.436.3443<br>darth@dnewmanlaw.com<br>(admitted pro hac vice)<br><br>Attorneys for *Qui Tam* Plaintiff Relator Rayme M. Edler, M.D | /s/ *Katherine Gudaitis*<br>Katherine Gudaitis, ESQ.<br>FBN: 106954<br>kg@lydecker.com<br>Stephanie Pidermann<br>FBN :60414<br>sp@lydecker.com<br>Lydecker LLP<br>1221 Brickell Ave, Fl. 19<br>Miami, Florida 33131<br>Telephone: 305-416-3180<br><br><br>*Attorneys for Escambia County* |

## LR 7.1 (F) Certificate of Word Count

I certify the LR 7.1 (F) word count is 937 words. I relied on MS Word's count for this certification.

/s/ *Katherine Gudaitis*

## Certificate of Service

I certify I electronically filed the foregoing document with the Clerk of Court using CM/ECF on the date stamped above to be served on all counsel of record.

/s/ *Katherine Gudaitis*