# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
Escambia District of Florida

Case Number: 3:20-CV-05503-RV-HTC

Plaintiff:
**UNITED STATES OF AMERICA EX REL EDLER**

vs.

Defendant:
**ESCAMBIA COUNTY**

For:
Jonathan Kroner
Jonathan Kroner Law Office
6001 N Ocean Drive
Suite 806
Hollywood, FL 33019-4617

Received by Lighthouse Investigative & Process Services to be served on **Escambia County c/o Board of County Commissioners, 221 Palafox Place, Pensacola, FL 32502**.

I, Channon M. Baumann, LPI, CPS, do hereby affirm that on the **19th day of April, 2021** at **2:45 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons In A Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **Angela Crawley** as **Commissioner Aide To Chairman Robert Bender** at the address of: **221 Palafox Place, Pensacola, FL 32502**, who stated they are authorized to accept service for **Escambia County**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
Channon M. Baumann, LPI, CPS
Certified Process Server #628

Lighthouse Investigative & Process Services
P.O. Box 12003
Pensacola, FL 32591
(850) 710-0850

Our Job Serial Number: DPE-2021000654