IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**United States of America**
*ex rel.* **Rayme M. Edler, M.D.**

**Plaintiffs,**
v.                                                                      Case 3:20-cv-05503-RV-HTC

**Escambia County**

**Defendant**.
_____/

**Joint Status Report**

The Scheduling Order entered October 27, 2022, directed the parties to file a joint status report by the end of every month, beginning January 31, 2023, which sets out whether the Order's schedule is being met "and any new developments that need to be addressed or the times set out herein revisited." Doc. 68 at 1-2.

***Court's September 30, 2022, Order on Production***

The parties continue to discuss the nature of a stipulation which might obviate the production of at least a portion of the documents the Court ordered Escambia to produce on September 30, 2022.

The most recent version of the proposed stipulation was sent to Escambia's counsel by Edler counsel on December 12, 2022. Counsel held several calls to discuss the stipulation. Escambia informed Edler by email on March 15, 2023, that

1

a "shade" session is scheduled with the Escambia's Board of Commissioners to occur on April 13, 2023 where the proposed stipulation will be discussed.

### *Edler Document Request Sets 1-4*

Dr. Edler's counsel sent a letter to Escambia's Counsel on November 30, 2022, detailing deficiencies with respect to Escambia's responses to, and production of, documents related to Dr. Edler's First, Second, Third, and Fourth Requests for Production of Documents (all such requests then promulgated).[1] Since December 28, 2022, the parties have discussed via telephone and email the outstanding deficiencies. On March 25, 2023, Edler sent an email to Escambia. Regarding Edler's First, Second, Third and Fourth Requests, Edler's letter:

- Requested a date by which Escambia will provide supplemental productions and amended responses pursuant to Escambia's email of March 15, 2023, committing to the same; and

- Proposed refined search terms and custodians for email, text messages, and other electronic data responsive to certain document requests.

Escambia responded on March 25, 2023, and among other things, committed to responding to the proposals on search terms and custodians the week of March 25th after consultation with Escambia's e-discovery vendor. Escambia suggested a call

---

[1] Defendant's counsel received the letter on December 7, 2022, due to the email ending up in their spam folder and not the inbox folder.

between the parties early the week of April 3, 2023 to discuss the remaining outstanding issues.

### *Edler Document Request Set 5*

On December 22, 2022, Dr. Edler promulgated a Fifth Request for Production of Documents largely related to the new allegations in the SAC. On March 3, 2023, Escambia requested a 30-day extension of time to respond to Plaintiff's Fifth Set of Document Requests that were pending while Escambia's Motion to Reconsider was considered by the Court. Docs. 81 and 85. On March 13, 2023, the Court granted Escambia's Motion and allowed 30 days from the date of the Order to produce the requested discovery. Doc. 88. Escambia is currently scheduled to respond to Edler's Fifth Request for Production of Documents on April 13, 2023.

The parties continue to meet and confer about Escambia's anticipated production. And assuming Escambia complies with the Court's Order by April 13, 2023, Edler does not anticipate any further extensions of the fact discovery deadline.

### *Dispositive Motion Practice on Plaintiff's Second Amended Complaint*

The parties' previous report filed February 28, 2023, indicated that the Court had not ruled on Escambia's Motion for Reconsideration. Doc. 81. On March 3, 2023, however, the Court denied Escambia's motion and gave Escambia 21 days

from the date of the Order to file its response to the SAC. Doc. 84. On March 24, 2023, Escambia responded to the SAC by filing a motion to dismiss. Doc. 91. Edler intends to oppose Escambia's motion and will file her response on or before April 7, 2023.

<table>
<tr><td>

*/s/ Jonathan Kroner*
FBN 328677
Jonathan Kroner Law Office
6001 N Ocean Dr. Ste 806
Hollywood, FL 33019-4617
305.310.6046
jk@FloridaFalseClaim.com

Law Offices of Darth M. Newman LLC
Darth M. Newman
1140 Thorn Run Rd., #601
Coraopolis, PA 15108
412.436.3443
darth@dnewmanlaw.com
(admitted pro hac vice)

Attorneys for *Qui Tam* Plaintiff
Relator Rayme M. Edler, M.D

</td><td>

*/s/ Katherine Gudaitis*
Katherine Gudaitis, ESQ.
FBN: 106954
kg@lydecker.com
Stephanie Pidermann
FBN :60414
sp@lydecker.com
Lydecker LLP
1221 Brickell Ave, Fl. 19
Miami, Florida 33131
Telephone: 305-416-3180


*Attorneys for Escambia County*

</td></tr>
</table>

**LR 7.1 (F) Certificate of Word Count**
I certify the LR 7.1 (F) word count is 604 words. I relied on MS Word's count for this certification.
/*s/ Jonathan Kroner*/

**Certificate of Service**
I certify I electronically filed the foregoing document with the Clerk of Court using CM/ECF on the date stamped above to be served on all counsel of record.
/*s/ Jonathan Kroner*/