# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
*ex rel.* **RAYME M. EDLER, M.D.,**
    **Plaintiff,**

**v.**                                          **CASE NO. 3:20cv5503-MCR-HTC**

**ESCAMBIA COUNTY,**
    **Defendant.**
_____/

## ORDER

The parties have filed a Joint Motion to Stay Litigation Pending Mediation, ECF No. 166, requesting the Court stay all proceedings through April 10, 2024, to allow the parties to submit to mediation. On consideration, the Court finds, and the parties agree, that the interests of efficiency and judicial economy are best served by staying this matter, including all discovery and proceedings, for the reasons set forth in the parties' joint motion. Additionally, the Court finds it would be beneficial to require the parties to participate in a settlement conference with the assigned United States Magistrate Judge to further explore an amicable resolution.

    Accordingly,

1. This case is STAYED by consent of the parties until April 10, 2024. The parties must file a status report no later than February 26, 2024, informing the Court of the scheduled mediation date.

2. The case is hereby referred to Magistrate Judge Hope T. Cannon pursuant to 28 U.S.C. § 636(b) for a settlement conference to be conducted no later than March 29, 2024. *See also* N.D. Fla. Loc. R. 72.3. The Clerk is directed to refer the case to the undersigned when the Magistrate Judge files a report of the results of that conference.

3. The parties must notify the Court no later than April 10, 2024, whether the case settles or is ready to proceed.

**DONE AND ORDERED** this 2nd day of February 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**